# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| ANGELITA GARCIA, <br> *Plaintiff* | § § § | |
| v. | § § § | CIVIL ACTION NO. 2:22-cv-251 <br><br> JURY DEMANDED |
| WAL-MART STORES TEXAS, LLC <br> *Defendant* | § § | |

## PLAINTIFF'S ORIGINAL COMPLAINT

NOW COMES Plaintiff, ANGELITA GARCIA, complaining of Defendant, Wal-Mart Stores Texas, LLC and in support thereof would respectfully show the Court as follows:

### I. Venue and Jurisdiction

1. Plaintiff, ANGELITA GARCIA, (hereafter "ANGELITA GARCIA") is a resident of the State of Texas.

2. Defendant, Wal-Mart Stores Texas, LLC. (hereinafter "Defendant Wal-Mart"), is a limited liability company formed under the laws of Delaware with its principal place of business in Bentonville, Arkansas, and may be served with process by serving its registered agent, CT Corporation System, 1999 Bryan Street, Suite 900, Dallas, Texas 75201. Service of citation (with attached pleading) and thus proper notice of this legal proceeding is hereby requested.

3. The matter in controversy exceeds the sum or value of $75,000.00, exclusive of interest and costs.

4. Diversity jurisdiction is invoked pursuant to 28 U.S.C. § 1332. The incident, which is the subject of this complaint, occurred in the County of Jim Wells, State of Texas.

## II. NATURE OF THE CASE

5. On or about January 22, 2017, ANGELITA GARCIA entered Defendant, Wal-Mart's store at 2701 E Main St, Alice, TX 78332. While she was a patron in the store, she slipped and fell on liquid. There were no warning or "wet floor" signs in the area. As a result of the incident, Plaintiff suffered serious personal injuries.

## III. CAUSES OF ACTION
## WAL-MART STORES TEXAS, LLC

### *COUNT I: NEGLIGENCE*

6. Plaintiff was an invitee on the premises at all times pertinent to this incident.

7. Wal-Mart, by and through its agents, servants, and employees, owed Plaintiff a duty to make the premises reasonably safe for other patrons in the area and in particular, ANGELITA GARCIA.

8. Plaintiff alleges that Defendant was negligent in that it knew, or in the exercise of ordinary or reasonable care should have known of the danger and failed to exercise ordinary care to protect Plaintiff.

9. Within this duty, Wal-Mart had a responsibility to maintain the premises in a reasonably safe manner and to warn patrons of any dangerous condition.

10. Within this duty, Wal-Mart had a responsibility to ensure the premises were safe for all patrons in the area.

11. Each of the above acts of omission and commission, singularly or collectively, constituted negligence, which proximately caused the occurrence made the basis of this action and Plaintiff's actual damages.

# IV. LEGAL DAMAGES AND RECOVERIES TO COMPENSATE PLAINTIFF

12. At the time of her injuries, Plaintiff, ANGELITA GARCIA, was in reasonably good health with a normal life expectancy.

13. As a direct and proximate result of the occurrence made the basis of this lawsuit, Plaintiff has suffered and will continue to suffer a tremendous amount of pain and mental anguish. Plaintiff seeks all just and right remedies at law and in equity, including but not limited to:

   A. Reasonable medical care and expenses in the past.

   B. Reasonable and necessary medical care and expenses, which will in all reasonable probability be incurred in the future.

   C. Loss of earnings in the past.

   D. Loss of earnings and earning capacity, which will, in all probability, be incurred in the future.

   E. Mental anguish in the past.

   F. Mental anguish in the future, which will in all probability, be incurred in the future.

   G. Pecuniary loss in the past.

   H. Pecuniary loss in the future, which will in all probability, be incurred in the future.

   I. And all other legal damages and just and right compensation as allowed both in law and in equity.

14. All losses, harm, and legal damages suffered by Plaintiff were caused by, and proximately caused by, Defendants' negligent acts and/or omissions (some of which are listed herein). For all such claims and losses, Plaintiff now sues.

15. Plaintiff, ANGELITA GARCIA requests monetary damages and punitive damages against the Defendants in amounts to be fixed by the trier of fact to be just and reasonable, for pre and post-judgment interest, for court costs and for all other appropriate relief.

## JURY DEMAND

16. Plaintiff demands trial by jury.

## PRAYER FOR RELIEF

**WHEREFORE, PREMISES CONSIDERED**, Plaintiff respectfully prays that the Defendants be cited to appear and answer herein, and that upon a final hearing of the cause, judgment be entered for the Plaintiff and against Defendants, for compensatory damages in an amount within the jurisdictional limits of the Court; for exemplary damages; for all pre-judgment and post-judgment interest as allowed by law and equity; for all costs of court; and for such other and further relief to which the Plaintiff may be entitled at law or in equity.

Respectfully submitted,

*Christopher A. Garza*
Luis A. Elizondo
Federal No. 10254
Texas Bar No. 06521550
Christopher A. Garza
Texas Bar No. 24084241
cgarza@gelawfirm.com
555 N. Carancahua, Ste 1400
Corpus Christi, Texas 78401
Telephone: 361.651.1000
Facsimile: 361.651.1001
**Attorneys for Plaintiff*