United States District Court
Southern District of Texas
**ENTERED**
June 05, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| ANGELITA GARCIA, | § § § § § § § § § § § | |
| Plaintiff, | | |
| V. | | CIVIL ACTION NO. 2:22-CV-00251 |
| WAL-MART STORES, TEXAS, INC., | | |
| Defendant. | | |

## ORDER

Before the Court is the agreed motion to dismiss with prejudice filed and signed by all parties and which the Court hereby deems effective. (D.E. 14); Fed. R. Civ. P. 41(a)(1)(A)(ii), (a)(1)(B). Accordingly, the Clerk of Court is **ORDERED** to **CLOSE** this case. The parties shall be responsible for their own attorney's fees and costs incurred in connection with this matter.

SO ORDERED.

_____
DAVID S. MORALES
UNITED STATES DISTRICT JUDGE

Dated: Corpus Christi, Texas
　　　　June 5, 2023